IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ABIGAIL HARTMAN, f/k/a Abigail Hogan,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SCOTT RILEY,<br><br>　　　　　Defendant. | CV 25-14-M-KLD<br><br>ORDER |

　　　Plaintiff Abigail Hartman has filed an unopposed motion, requesting leave for Plaintiff's counsel to appear remotely at the preliminary pretrial conference scheduled for April 29, 2025 at 11:00 a.m. Accordingly, and to facilitate efficient proceedings at the preliminary pretrial conference,

　　　IT IS ORDERED that the April 29, 2025 preliminary pretrial conference will be conducted entirely via Zoom. All counsel shall therefore appear remotely. The Clerk of Court will notify counsel via e-mail of the meeting ID and password in advance of the conference. Zoom Guidance and Setup available at: https://www.mtd.uscourts.gov/zoom-hearings. All other requirements and

deadlines in this Court's Preliminary Pretrial Conference Order (Doc. 9) remain in effect.

DATED this 25th day of March, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge